IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAUSTINO XAVIER BETANCOURT-COLÓN, | |
| Plaintiff, | CIVIL NO.: 21-1351 (MEL) |
| v. | |
| CAPARRA HILLS, LLC ET AL., | |
| Defendants. | |

**JUDGMENT**

Judgment is hereby entered DISMISSING WITH PREJUDICE all claims in the complaint against all the defendants. Each party shall bear their own fees, expenses and costs.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 19th day of January, 2023.

s/Marcos E. López
U.S. Magistrate Judge